UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - -

UNITED STATES OF AMERICA,

                   Plaintiff,                       No. 1:05-CR-20

          vs.                               Hon. Gordon J. Quist
                                               U.S. District Court Judge

LIONEL BEARD, ET AL.,

                   Defendants.
_____/

## REQUEST TO PERMIT FIREARM TO ENTER THE COURTHOUSE AND TO BE STORED OVERNIGHT PENDING CONCLUSION OF TRIAL

Now comes the United States of America, through its attorneys, Margaret M. Chiara, United States Attorney for the Western District of Michigan, and Mark V. Courtade and Nils R. Kessler, Assistant United States Attorneys, and states as follows:

1.     The case of <u>United States v. Lionel Beard, et al.</u>, Case No. 1:05-CR-20, is currently scheduled for trial before the Honorable Gordon J. Quist on January 31, 2006, and the government anticipates putting into evidence firearms, to-wit:

- an FMJ, .45 caliber, single-shot derringer, model D
- a CZ 7.65 millimeter semiautomatic handgun, model 27
- a Smith & Wesson .38 caliber revolver, model 10-7
- a Bryco Arms 9mm semiautomatic handgun, model Jennings Nine
- a 9 mm Smith & Wesson semiautomatic handgun
- a H & K .40 caliber semiautomatic handgun, model USB
- a Smith and Wesson .38 caliber revolver
- a Browning .25 caliber semiautomatic handgun
- a Hi-Point 9 mm semiautomatic rifle bearing serial number B44950
- a Remington 12 gauge shotgun
- a Marlin .45 caliber semi-automatic rifle
- a Hi-Point 9 mm semiautomatic rifle bearing serial number A75349
- a Norinco 7.62 x 39mm semiautomatic SKS rifle

2.     Administrative Order Number 96-012 issued by Chief Judge Richard Alan Enslen requires the government to obtain a court order to permit firearms into the courthouse during trial and to be stored by the United States Marshal's Service until

conclusion of the trial.

3.      The government anticipates admitting into evidence the firearms referenced to in paragraph 1 as Exhibits on or about January 31, 2006.

4.      The referenced firearms are currently in the possession of agents of the Bureau of Alcohol, Tobacco and Firearms.

Wherefore the government requests this Honorable Court to grant an order admitting the aforementioned firearms into the courthouse by Special Agents of the Bureau of Alcohol, Tobacco and Firearms until conclusion of this trial.

Requested Submitted,

MARGARET M. CHIARA
United States Attorney


Dated: January 27, 2006                  ____/s/_____ Mark V. Courtade_____
MARK V. COURTADE
NILS R. KESSLER
Assistant United States Attorneys
P.O. Box 208
Grand Rapids, Michigan  49501-0208
(616) 456-2404



IT IS SO ORDERED.


Dated: _January 31, 2006_____          _s/Gordon J. Quist_____
GORDON J. QUIST
United States District Judge